**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| GRAY WATSON,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE and<br>256.com, an Internet domain name,<br><br>    Defendants. | No. 1:15-cv-831-AJT-MSN |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

    Plaintiff GRAY WATSON, by counsel, hereby moves, pursuant to Fed. R. Civ. P. 55(b) and the Local Rules of this Court, for the entry of a default judgment against defendants John Doe and Internet domain name 256.com in accordance with the accompanying memorandum of points and authorities.

    As set forth in more detail in the accompanying memorandum of points and authorities, the Defendant domain name is a .COM domain name maintained in this judicial district by the top-level domain name registry for .COM domain names, VeriSign, Inc. Plaintiff moves for an Order directing VeriSign, Inc. to transfer the Defendant domain name to Plaintiff's domain name registrar of choice, eNom, Inc., and directing eNom, Inc. to take all necessary steps to have plaintiff GRAY WATSON listed as the registrant for the domain names.

2

Dated: November 19, 2015  By:     /s/ Attison L. Barnes, III /s/

                                               Attison L. Barnes, III (VA Bar No. 30458)
David E. Weslow (admitted *pro hac vice*)
WILEY REIN LLP
1776 K St. NW
Washington, DC 20006
(202) 719-7000 (phone)
(202) 719-7049 (fax)
abarnes@wileyrein.com
dweslow@wileyrein.com

*Counsel for Plaintiff*
*Gray Watson*

## CERTIFICATE OF SERVICE

I, Attison L. Barnes, III, hereby certify that on November 19, 2015, I electronically filed the foregoing by using the CM/ECF system. I also sent copies to the postal and email addresses provided in the domain name registration record for the 256.com domain name:

zhu ying
furongqufurongdajie, Changshashi Hunan 223311 CN

niubbb7878@gmail.com

  /s/ Attison L. Barnes, III
Attison L. Barnes, III, Esq.
WILEY REIN LLP
1776 K Street, NW
Washington, DC  20006
Tel: (202) 719-7000
Fax:  (202) 719-7049
abarnes@wileyrein.com

*Counsel for Gray Watson*